**Order entered January 31, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00749-CV

**WAL-MART STORES TEXAS, LLC, Appellant**

**V.**

**DAWN BISHOP, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-00763**

## ORDER

The Court has before it appellee's January 30, 2017 unopposed third motion for an extension of time to file her brief. We **GRANT** the motion and **ORDER** appellee's brief filed on or before March 1, 2017.

The Clerk of the Court is **DIRECTED** to set this case at issue.

/s/     CRAIG STODDART
        JUSTICE